# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DENNIS BEST, GREGORY S. MILLER, JOSEPH BRUNO, ROBERT LANSHCAK, ERIC A. GARRETT, RICHARD SCHENKER, ROBERT M. YEAGER, BRUCE ROSA, ANTHONY TEDESCO, RENEE MILLER, HEIDI A. KIZAK, MARY LOU WILSON,  PATRICIA NAPOLITAN, CORY BECK, RICHARD ARTHUR, RYAN LECHNER, DAVID J. DEVENNEY, CHAD ROWE, BENJAMIN SHARPER, LUANN IACINO, AND ANTHONY VENDILLI

          v.

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION A/K/A UNITED STEEL WORKERS OF AMERICA AND THE COUNTY OF MERCER

PETITION OF: UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION A/K/A UNITED STEEL WORKERS OF AMERICA

: No. 207 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of January, 2024, the Petition for Allowance of Appeal is

**DENIED**.